UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Twenty-two thousand six
hundred forty-five dollars
(22,645) in U.S. currency; Ruger
Super Redhawk. 480 revolver,
serial no. 551-89412; Jennings NPA
Semi Auto .22 caliber pistol, serial
no. 701419; Davis Industries 9mm,
serial no. D074412; M4 PA-15 assault
rifle, serial no. AP005411; two tone
Ruger 9mm pistol, serial no. 314-09674;
Magnum .357 revolver, serial no. CNE9360;
and miscellaneous ammunition,

        Defendants *in rem*.
_____/

Civil No. 16-13359
Honorable: John Corbett O'Meara

## ORDER STRIKING THE CLAIM AND ANSWER FILED BY JESSICA WEBB AND FOR JUDGMENT OF THE PLEADINGS AND FINAL ORDER OF FORFEITURE

This matter having come before this Court on Government's Motions for Summary Judgment and to Strike the Claim and Answer Filed by Jessica Webb pursuant to Fed. R. Civ. P. Supplemental Rule G(8) and Request for Judgment on the Pleadings and Final Order of Forfeiture, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the claim and answer filed by Jessica Webb are stricken with prejudice.

**IT IS FURTHER ORDERED** that the government's motion for summary judgment is granted and default judgment be entered against Jessica Webb.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Twenty-Two Thousand Six Hundred Forty-Five Dollars ($22,645) in U.S. Currency is hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(11).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the right, title, and ownership interest of Jessica Webb, or her successors and assignees to said interest, in the Twenty-Two Thousand Six Hundred Forty-Five Dollars ($22,645) in U.S. Currency, and any right, title and interest of all other persons, are hereby and forever **EXTINGUISHED**, and that clear title to the Twenty-Two Thousand Six Hundred Forty-Five Dollars ($22,645) in U.S. Currency is hereby **VESTED** in the United States of America.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Ruger Super Redhawk .480 revolver, serial no. 551-89412; Jennings NPA semi auto .22 caliber pistol, Serial No. 701419; Davis Industries 9mm, serial no. D074412; M4 PA-15 Assault Rifle, serial no. AP005411; and miscellaneous

ammunition are hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(11).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the right, title, and ownership interest of all interested persons, including their successors and assignees to said interest, in the Twenty-Two Thousand Six Hundred Forty-Five Dollars ($22,645) in U.S. Currency, Ruger Super Redhawk .480 revolver, serial no. 551-89412; Jennings NPA semi auto .22 caliber pistol, Serial No. 701419; Davis Industries 9mm, serial no. D074412; M4 PA-15 Assault Rifle, serial no. AP005411in U.S. Currency, and any right, title and interest of all other persons, are hereby and forever **EXTINGUISHED**, and that clear title to the Ruger Super Redhawk .480 revolver, serial no. 551-89412; Jennings NPA semi auto .22 caliber pistol, Serial No. 701419; Davis Industries 9mm, serial no. D074412; M4 PA-15 Assault Rifle, serial no. AP005411is hereby **VESTED** in the United States of America.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the United States Marshals Service, or its delegate, is hereby **AUTHORIZED** to dispose of the Twenty-Two Thousand Six Hundred Forty-Five Dollars ($22,645) in U.S. Currency, the Ruger Super Redhawk .480 revolver, serial no. 551-89412; Jennings NPA semi auto .22 caliber pistol, Serial No. 701419; Davis Industries

3

9mm, serial no. D074412; M4 PA-15 Assault Rifle, serial no. AP005411; and miscellaneous ammunition in accordance with the law.


Date: July 26, 2017                                          s/John Corbett O'Meara
                                                             United States District Judge